LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Office: (671) 473-1118 | Fax: (671) 477-4826
*Attorneys for Defendant*
*Lourdes A. Leon Guerrero, Governor of Guam*

ELISEO M. FLORIG, JR.
emflorig@ghura.org
**GUAM HOUSING AND URBAN RENEWAL AUTHORITY**
117 Bien Venida Avenue,
Sinajana, Guam 96910
Office: (671) 477-9851 | Fax: (671) 300-7565
*Attorney for Defendant*
*Guam Housing and Urban Renewal Authority*

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| GOVERNMENT OF GUAM and DOUGLAS B. MOYLAN, in his official capacity as the Attorney General of Guam,<br><br>Plaintiffs,<br><br>v.<br><br>LOURDES A. LEON GUERRERO, in her official capacity as the Governor of Guam and the GUAM HOUSING AND URBAN RENEWAL AUTHORITY, a Public Body Corporate and Politic,<br><br>Defendants. | CIVIL CASE NO. 24-00029<br><br><br>**ERRATUM RE:**<br>**OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND** |

On August 20, 2025, Defendant Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam filed her Opposition to Plaintiff Douglas B. Moylan, Attorney General of Guam's ("AG Moylan") Motion for Extension of Time to File a Responsive Pleading to Defendants' Response in Opposition to Plaintiff's Motion to Amend ("Motion to Extend Time"). Opp. to Mot. to Extend Time, ECF. No. 28. In the body of her Opposition, Governor Leon Guerrero inadvertently included the Guam Housing and Urban Renewal Authority ("GHURA") as joining her in the filing. To clarify, the Opposition was filed by Governor Leon Guerrero only.

*Respectfully submitted* this 20th day of August, 2025.

        **OFFICE OF THE GOVERNOR OF GUAM**
        **Office of Legal Counsel**

By:    */s/ Leslie A. Travis*
        **LESLIE A. TRAVIS**
        *Attorneys for Plaintiff*
        *Lourdes A. Leon Guerrero,*
        *Governor of Guam*

# CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

>Douglas B. Moylan
>Attorney General of Guam
>Office of the Attorney General of Guam
>134 W. Soledad Avenue
>Ste. 802 Bank of Hawaii Building
>Hagåtña, Guam 96910
>(671) 475-2710
>dbmoylan@oagguam.org
>
>William Lyle Stamps
>Assistant Attorney General
>Office of the Attorney General of Guam
>Civil Division
>134 W. Soledad Avenue, Ste. 302
>Hagåtña, Guam 96910
>(671) 475-2710
>lstamps@oagguam.org

*Respectfully submitted* this 20th day of August, 2025.

>**OFFICE OF THE GOVERNOR OF GUAM**
>**Office of Legal Counsel**
>
>By: */s/ Leslie A. Travis*
>**LESLIE A. TRAVIS**
>*Attorneys for Plaintiff*
>*Lourdes A. Leon Guerrero,*
>*Governor of Guam*